UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NGOT TUONG,

　　　　　　　　Petitioner,

　　v.

JEFFERSON SESSIONS, et al.,

　　　　　　　　Respondents.

Case No. C17-1803-TSZ-JPD

REPORT AND RECOMMENDATION

　　　　Petitioner Ngot Tuong, who is currently detained by U.S. Immigration and Customs Enforcement at the Northwest Detention Center in Tacoma, Washington, has filed an application to proceed *in forma pauperis* ("IFP"), a proposed petition for writ of habeas corpus under 28 U.S.C. § 2241, a motion to appoint the Office of the Federal Public Defender ("FPD") as his counsel, and a letter of support from the FPD. *See* Dkts. 1, 1-1, 1-2, and 1-3. Petitioner's IFP application indicates that he has approximately $150.00 in his prison trust account, and review of his prison trust account statement shows that he regularly has over $100.00 in his account. Dkt. 1 at 2-7.

　　　　While the Court recognizes that petitioner's funds may not be great, it is not unreasonable to expect petitioner to pay the minimal filing fee required to proceed with this action ($5.00)

REPORT AND RECOMMENDATION - 1

given the fact that his basic needs are provided for while he is detained. Accordingly, the Court recommends that petitioner's application to proceed IFP, Dkt. 1, be DENIED, and that he be directed to pay the $5.00 filing fee to proceed with this action. A proposed Order accompanies this Report and Recommendation.

Objections to this Report and Recommendation, if any, should be filed with the Clerk and served upon all parties to this suit by no later than **December 27, 2017**. Failure to file objections within the specified time may affect your right to appeal. Objections should be noted for consideration on the District Judge's motion calendar for the third Friday after they are filed. Responses to objections may be filed within **fourteen (14)** days after service of objections. If no timely objections are filed, the matter will be ready for consideration by the District Judge on **December 29, 2017.**

This Report and Recommendation is not an appealable order. Thus, a notice of appeal seeking review in the Court of Appeals for the Ninth Circuit should not be filed until the assigned District Judge acts on this Report and Recommendation.

Dated this 6th day of December, 2017.

*James P. Donohue*
JAMES P. DONOHUE
Chief United States Magistrate Judge