UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NGOT TUONG,

          Petitioner,

v.

JEFFERSON SESSIONS, et al.,

          Respondents.

C17-1803 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Petitioner having paid the requisite $5.00 filing fee, petitioner's motion for leave to proceed in forma pauperis, docket no. 1, and the Report and Recommendation by United States Magistrate Judge James P. Donohue relating thereto, docket no. 2, are STRICKEN as moot.

(2) This case is REFERRED back to Magistrate Judge Donohue for further proceedings, including addressing petitioner's motion to appoint counsel, docket no. 4. *See* 28 U.S.C. § 636(b)(1)(B) and Local Rule MJR 4.

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 27th day of December, 2017.

                                          William M. McCool
                                          Clerk

                                          s/Karen Dews
                                          Deputy Clerk

MINUTE ORDER - 1