## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| NGOT TUONG, | |
| Petitioner, | Case No. C17-1803-TSZ-JPD |
| v. | REPORT AND RECOMMENDATION |
| JEFFERSON SESSIONS, et al., | |
| Respondents. | |

Petitioner filed this immigration habeas action to obtain release from immigration detention. On January 31, 2018, he was removed to Cambodia. Dkt. 9. The parties have filed a stipulated motion for dismissal of this action as moot. *Id.* Because petitioner has been granted the relief sought—release from detention—this matter is moot. The parties' stipulated motion to dismiss, Dkt. 9, should be GRANTED, and this action should be dismissed without prejudice and without costs or fees to either party. A proposed order is attached. The Clerk should note this matter as immediately ready for the District Judge's consideration.

Dated this 6th day of February, 2018.

*James P. Donohue*

JAMES P. DONOHUE
Chief United States Magistrate Judge

REPORT AND RECOMMENDATION - 1