# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

NGOT TUONG,

                Petitioner,

    v.

JEFFERSON SESSIONS, et al.,

                Respondents.

Case No. C17-1803-TSZ

ORDER OF DISMISSAL

Having reviewed the Report and Recommendation of the Honorable James P. Donohue, Chief United States Magistrate Judge, docket no. 10, the Court finds and ORDERS:

(1)    The Court ADOPTS the Report and Recommendation.

(2)    The parties' stipulated motion to dismiss, docket no. 9, is GRANTED.

(3)    This action is DISMISSED without prejudice and without costs or fees to either party.

(4)    The Clerk is directed to send a copy of this Order to all counsel of record and to Judge Donohue.

Dated this 12th day of February, 2018.

_____
Thomas S. Zilly
United States District Judge